**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

**NELSON ALBERTO SANCHEZ CASTELLON,**

**Petitioner,**

**v.** **CIVIL No. 2:26cv431**

**NEY HIDALGO, et al.,**

**Respondents.**

**FINAL ORDER**

Before the Court is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241. ECF No. 1. In his petition, Petitioner seeks his immediate release or an individualized bond hearing. Id. at 8.

The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), Federal Rule of Civil Procedure 72(b) and Local Civil Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia. The Magistrate Judge's Report and Recommendation filed August 7, 2026, recommends that the Petition be denied. ECF No. 11. Petitioner timely filed an Objection to the Report and Recommendation, ECF No. 14. Respondents did not file a response to Petitioner's Objection.

Having reviewed the record and examined Petitioner's Objection to the Report and Recommendation, and having made de novo findings with the portions objected to, the court **ADOPTS** and

**APPROVES** the findings and recommendations set forth in the Report and Recommendation, ECF No. 11. Thus, the Petition, ECF No. 1, is **DENIED** without prejudice. It is further **ORDERED** that judgment be entered in favor of Respondents.

Petitioner may appeal from the judgment entered pursuant to this Final Order by filing a written notice of appeal with the Clerk of this Court, United State Courthouse, 600 Granby Street, Norfolk, Virginia, 23510, within sixty (60) days from the date of entry of such judgment.

The Clerk is **DIRECTED** to forward a copy of this Final Order to Petitioner and counsel for Respondents.

It is so **ORDERED**.

/s/
Rebecca Beach Smith
Senior United States District Judge
RBS
REBECCA BEACH SMITH
SENIOR UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
September 25 , 2026